BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Misc. No. 2:14-MC-00142-KJM-EFB |
| Plaintiff, | Case No. 2:09-CR-00393-JAM |
| v. | **APPLICATION FOR A FINAL ORDER OF GARNISHMENT [BANK ACCOUNTS]; AND ORDER** |
| JAWID WAHIDI, | |
| Defendant and Judgment Debtor, | |
| BANK OF AMERICA, N.A., | [NO HEARING REQUESTED] |
| Garnishee. | |

    Plaintiff United States respectfully moves, pursuant to Section 3205(c)(7) of the Federal Debt Collections Procedure Act (FDCPA), 28 U.S.C. §§ 3001, *et seq.*, for a Final Order of Garnishment against the bank accounts of the defendant and judgment debtor, Jawid Wahidi. The United States seeks the order based on the following grounds:

    1.    On March 27, 2012, the Clerk entered Judgment against the Defendant in criminal case number 2:09-CR-00393-JAM. The Judgment includes an order of restitution in the amount of $882,591.00 and a $100 assessment. CR ECF No. 55.

    2.    Defendant's restitution order remains in arrears. To collect on the order, the United States filed an Application for Writ of Garnishment on December 1, 2014, against the Defendant's bank account funds at garnishee, Bank of America. Misc. ECF No. 3.

3. The Clerk issued a Writ of Garnishment on December 2, 2014 (Misc. ECF No. 5) and the United States served Bank of America with the Writ and its attachments on the same day. Misc. ECF No. 4.

4. On December 4, 2014, the United States served the Defendant with a copy of the Writ of Garnishment plus its attachments and notified him of his rights to a hearing and to claim exemptions to the garnishment action. Misc. ECF Nos. 6 and 7.

5. Garnishee Bank of America filed its Acknowledgment of Service and Answer of Garnishee (the Answer) on December 15, 2014. The Answer states Defendant has a single bank account (checking account ending in numbers 3215) valued at $964.75. Misc. ECF No. 8.

6. Defendant had twenty (20) days from the date he received the writ of garnishment and its allied papers to file a claim of exemption or otherwise object to the garnishment proceeding. 28 U.S.C. § 3202(d). He did not do so and the time for claiming an exemption or seeking a hearing has expired. Defendant also had 20 days from the date the garnishee served the Answer to object to the Answer and request a hearing thereon. 28 U.S.C. § 3205(c)(5). Defendant failed to do so and that time has now also lapsed.

7. All conditions to the issuance of a Final Order of Garnishment against the bank account funds withheld are satisfied and accordingly, the Court can and should grant the requested relief.

Dated: July 9, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KURT A. DIDIER
KURT A. DIDIER
Assistant United States Attorney

APPLICATION FOR
GARNISHMENT ORDER; AND ORDER

2

# ORDER

The Court, having reviewed the court files and the United States' unopposed Application for Final Order of Garnishment (the Application), and finding good cause therefrom, hereby GRANTS the Application. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendant Jawid Wahidi's account at Bank of America is GARNISHED in its entirety.

2. Bank of America shall DELIVER, within twenty (20) days of the date of this Order, a cashier's check, money order or company draft in the amount of $964.75 (plus any subsequent deposits to the account after December 3, 2014), and made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Bank of America shall also state the criminal case docket number (Case No. 2:09-CR-00393-JAM) on the payment instrument and, if it desires a payment receipt shall include a self-addressed, stamped envelope with payment.

3. Bank of America shall, concurrently with its delivery of the payment specified in paragraph 2, above, FILE an amended answer stating the final amount garnished in this action if it is more than the $964.75 previously stated.

4. Upon Bank of America's payment of the garnished amount as set forth above, this writ of garnishment is terminated pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

DATED: July 30, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE